UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE JOAQUIN RAMIREZ,

                Petitioner,

-against-

GEORGE GRASSO (BRONX CHIEF JUDGE);
GEORGE VILLEGAS (JUDGE IN BRONX CASE);
T. DAWSON (JUDGE IN MANHATTAN CASE);
JEFFREY M. KIMELMAN (BRONX ADA);
ALLISON ZIMMERMAN (BRONX ADA); DARCEL
CLARK (BRONX DISTRICT ATTORNEY); CYRUS
VANCE (MANHATTAN DISTRICT ATTORNEY);
WILLOUGHBY C. JENETT, ESQ. (LEGAL AID);
JEFFREY C. BLOOM, ESQ. (LEGAL AID);
TAJUANA B. JOHNSON (LEGAL AID); JORGE
DOPICO (CHIEF ATTORNEY – ATTORNEY
GRIEVANCE); ERIC T. SCHNEIDERMAN
(ATTORNEY GENERAL); BRONX SUPREME
COURT; MANHATTAN SUPREME COURT; LEGAL
AID SOCIETY; CITY OF NEW YORK; STATE OF
NEW YORK, EACH IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY,

                Respondents.

18-CV-6612 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      By order dated July 24, 2018, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 fee required to file a petition for a writ of *habeas corpus* in this Court. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee. Accordingly, the Court dismisses the petition without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose

of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: August 27, 2018
       New York, New York

                                          COLLEEN McMAHON
                                  Chief United States District Judge