**MANDATE**

# UNITED STATES COURT OF APPEALS
# for the
# SECOND CIRCUIT

1:18-cv-06612-CM

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand and eighteen,

_____

Jose Joaquin Ramirez,

        Petitioner - Appellant,

v.

George A. Grasso, Bronx Chief Judge, George Villegas, Judge in Bronx case, Tandra L. Dawson, Judge in Manhattan case, Jeffrey M. Kimelman, Bronx ADA, Allison Zimmerman, Bronx ADA, Darcel D. Clark, Bronx District Attorney, Cyrus Vance, Manhattan District Attorney, Jeffrey C. Bloom, Esq. Legal Aid, Jenett C. Willoughby, Legal Aid, Tajuana B. Johnson, Jorge DoPico, Chief Attorney-Attorney Grievance, Eric T. Schneiderman, Attorney General, Angela M. Guardiola, Assistant Attorney General, Bronx Supreme Court, New York County Supreme Court, Legal Aid Society, City of New York, State of New York,

        Respondents - Appellees.

_____

**ORDER**
Docket Number: 18-2684

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 19 2018

        A notice of appeal was filed on September 05, 2018. The filing fee of $505.00 was due to be paid to the district court by September 19, 2018. The case is deemed in default.

        Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

        IT IS HEREBY ORDERED that the appeal is dismissed effective October 18, 2018 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma*

**MANDATE ISSUED ON 12/19/2018**

*pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit